Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
Susan S. Brown, SBN #287986
Email: sbrown@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN BURGOON and CALEB LANDERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON OF NORTHERN CALIFORNIA d/b/a NARCONON REDWOOD CLIFFS, HALCYON HORIZONS, a California Corporation; NARCONON FRESH START d/b/a WARNER SPRINGS, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, a California Corporation; NARCONON WESTERN UNITED STATES, a California Corporation;  NARCONON INTERNATIONAL, a California Corporation; and DOES 1-100, ROE Corporations I – X, inclusive,<br><br>Defendants. | NO. 3:15-cv-01381-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE FOR MOTIONS TO COMPEL ARBITRATION OR DISMISS COMPLAINT**<br><br>Hon. Edward M. Chen<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed:  March 25, 2015<br><br>DATE:        July 2, 2015<br>TIME:         1:30 p.m.<br>LOCATION:  Courtroom 5, 17th Floor |

## I. RECITALS

Defendants Association for Better Living and Education International, Narconon Western United States, Narconon International, and Narconon Fresh Start filed a motion to compel arbitration or in the alternative to dismiss the complaint on May 22, 2015. Dkt. No. 27. Defendant Halcyon Horizon, Inc. dba Narconon Northern California and dba Narconon Redwood Cliffs (collectively "Defendants), also filed a similar motion on that same date. Dkt. No. 25.

Plaintiffs requested, and Defendants agreed, to extend the briefing schedule for Plaintiffs' opposition to these motions by one week – from June 5, 2015 to June 12, 2015. Likewise, Defendants requested, and Plaintiffs agreed, to extend the briefing schedule for Defendants' reply brief by an additional week – from June 12 to June 26, 2015. Under this stipulation the hearing date would not change but would remain July 2, 2015 at 1:30 p.m.

## II. STIPULATION

Therefore, the parties stipulate to the following briefing schedule for Defendants' motions:

> Plaintiffs' Oppositions Due: June 12, 2015
> Defendants' Replies Due: June 26, 2015
> Hearing Date: ~~July~~ 2, 2015, at 1:30 p.m.
> July 23

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 2
CASE NO. 3:15-CV-01381-EMC

1  STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 4th day of June,

2  2015.

3  TERRELL MARSHALL DAUDT           SCHEPER KIM & HARRIS LLP
4   & WILLIE PLLC

5  By:  /s/ Mary B. Reiten, SBN #203142      By:  /s/ William H. Forman, SBN #150477
     Beth E. Terrell, SBN #178181              William H. Forman, SBN #150477
6    Email: bterrell@tmdwlaw.com               Email: wforman@scheperkim.com
     Mary B. Reiten, SBN #203142               601 West 5th Street, 12th Floor
7    Email: mreiten@tmdwlaw.com                Los Angeles, California 90071
     936 North 34th Street, Suite 300          Telephone: (213) 613-4682
8    Seattle, Washington 98103-8869            Facsimile: (213) 613-4656
     Telephone: (206) 816-6603
9    Facsimile: (206) 350-3528
                                               *Attorneys for Defendants Narconon Int'l,
10                                             Narconon Fresh Start d/b/a WarnerSprings
     Michael F. Ram, SBN #104805               and Association for Better Living and
11   Email: mram@rocklawcal.co                 Education*
     Susan S. Brown, SBN #287986
12   Email: sbrown@rocklawcal.com
     RAM, OLSON, CEREGHINO
13    & KOPCZYNSKI
     555 Montgomery Street, Suite 820
14   San Francisco, California 94111
     Telephone: (415) 433-4949
15   Facsimile: (415) 433-7311
16
     David E. Miller, SBN #294095
17   Email: david@sllawfirm.com
     Syed Ali Saeed, *Admitted Pro Hac Vice*
18   Email: ali@sllawfirm.com
     SAEED & LITTLE LLP
19   1433 North Meridian Street, Suite 202
     Indianapolis, Indiana 46202
20   Telephone: (317) 721-9214
     Facsimile: (888) 422-3151
21
22
23  *Attorneys for Plaintiffs*

24

25

26

27

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 3
CASE NO. 3:15-CV-01381-EMC

GRUNSKY, EBEY, FARRAR & HOWELL


By: /s/ Dennis P. Howell, SBN #78806
    Dennis P. Howell, SBN #78806
    Email: dphowell@grunskylaw.com
    Rosemary Rovick
    Email: rrovick@grunskylaw.com
    240 Westgate Drive
    Watsonville, California 95076
    Telephone: (831) 722-2444
    Facsimile: (831) 722-6153

*Attorneys for Defendants Halcyon Horizons,
Inc. dba Narconon of Northern California
and dba Narconon Redwood Cliffs*

### III.  [PROPOSED] ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.   (modified above)

Dated this  5th  day of  June  , 2015.

_____
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 4
CASE NO. 3:15-CV-01381-EMC

CERTIFICATE OF SERVICE

I, Mary B. Reiten, hereby certify that on June 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>William H. Forman, SBN #150477
>Email: wforman@scheperkim.com
>SCHEPER KIM & HARRIS LLP
>601 West 5th Street, 12th Floor
>Los Angeles, California 90071
>Telephone: (213) 613-4682
>Facsimile: (213) 613-4656
>
>*Attorneys for Defendants Narconon Int'l, Narconon Fresh Start d/b/a WarnerSprings and Association for Better Living and Education*
>
>Dennis P. Howell, SBN #78806
>Email: dphowell@grunskylaw.com
>Rosemary Rovick
>Email: rrovick@grunskylaw.com
>GRUNSKY, EBEY, FARRAR & HOWELL
>240 Westgate Drive
>Watsonville, California 95076
>Telephone: (831) 722-2444
>Facsimile: (831) 722-6153
>Email: dphowell@grunskylaw.com
>
>*Attorneys for Defendants Halcyon Horizons, Inc. dba Narconon of Northern California and dba Narconon Redwood Cliffs*

DATED this 4th day of June, 2015.

|    |    |
|----|----|
| 1  | TERRELL MARSHALL DAUDT & WILLIE PLLC |
| 2  |    |
| 3  | By:  /s/ Mary B. Reiten, SBN #203142 |
| 4  | Mary B. Reiten, SBN #203142<br>Email:  mreiten@tmdwlaw.com |
| 5  | 936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869 |
| 6  | Telephone:  (206) 816-6603<br>Facsimile:  (206) 350-3528 |
| 7  |    |
| 8  | *Attorneys for Plaintiffs* |

STIPULATION AND [PROPOSED] ORDER ALTERING
BRIEFING SCHEDULE FOR MOTIONS TO COMPEL
ARBITRATION OR DISMISS COMPLAINT - 6
CASE NO. 3:15-CV-01381-EMC