1  Michael F. Ram, SBN #104805
   Email: mram@rocklawcal.com
2  Susan S. Brown, SBN #287986
   Email: sbrown@rocklawcal.com
3  RAM, OLSON, CEREGHINO & KOPCZYNSKI
4  101 Montgomery Street, Suite 1800
   San Francisco, California 94104
5  Telephone: (415) 433-4949
   Facsimile: (415) 433-7311
6
7  [Additional Counsel Appear on Signature Page]

8  *Attorneys for Plaintiffs*

9

10                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
11                          SAN FRANCISCO DIVISION

12  NATHAN BURGOON and CALEB LANDERS,
    on behalf of themselves and all others similarly
13  situated,                                          NO. 3:15-cv-01381-EMC

14                     Plaintiffs,                     **STIPULATION AND [PROPOSED]
                                                       ORDER REGARDING THE
15         vs.                                         AUTHENTICITY AND
                                                       ADMISSIBILITY OF CERTAIN
16                                                     DOCUMENTS**
    NARCONON OF NORTHERN CALIFORNIA
17  d/b/a NARCONON REDWOOD CLIFFS,
    HALCYON HORIZONS, a California                     Hon. Edward M. Chen
18  Corporation; NARCONON FRESH START
    d/b/a WARNER SPRINGS, a California                 JURY TRIAL DEMAND
19  Corporation; ASSOCIATION FOR BETTER
20  LIVING AND EDUCATION                               Complaint Filed: March 25, 2015
    INTERNATIONAL, a California Corporation;
21  NARCONON WESTERN UNITED STATES, a                  DATE:       January 4, 2016
    California Corporation; NARCONON                   TIME:
22  INTERNATIONAL, a California Corporation;           LOCATION:   Courtroom 5, 17th Floor
23  and DOES 1-100, ROE Corporations I – X,
    inclusive,
24
25                     Defendants.

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 1
CASE NO. 3:15-CV-01381-EMC

## I. STIPULATION

WHEREAS a one-day bench trial is scheduled for January 4, 2016, in which Plaintiffs collectively shall have three hours to present evidence and testimony, and Defendants shall collectively have three hours to present evidence and testimony; and

WHEREAS the parties have worked cooperatively toward an agreement that will minimize the amount of foundational testimony required at the January 4, 2016 bench trial, and therefore maximize the time allotted to each side to present evidence and testimony.

NOW THEREFORE, the parties hereby stipulate that the following documents are authentic and are business records within the meaning of the Federal Rules of Evidence: Documents that appear to have been created as part of ordinary business activities and produced during discovery, specifically, documents with the bates ranges NNC 0001 – 0001120; NNFS-LANDERS_000001-000230; and IUC-LANDERS 000001-000017.

STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 10th day of December, 2015.

| TERRELL MARSHALL LAW GROUP PLLC | SCHEPER KIM & HARRIS LLP |
|---|---|
| By:   /s/ Beth E. Terrell, SBN #178181<br>Beth E. Terrell, SBN #178181<br>Email:  bterrell@terrellmarshall.com<br>Mary B. Reiten, SBN #203412<br>Email:  mreiten@terrellmarshall.com<br>Adrienne D. McEntee, *Admitted Pro Hac Vice*<br>Email:  amcentee@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>Telephone:  (206) 816-6603<br>Facsimile:  (206) 319-5450 | By: /s/ Gregory A. Ellis, SBN #204478<br>David C. Scheper, SBN #120174<br>Email:  dscheper@scheperkim.com<br>William H. Forman, SBN #150477<br>Email:  wforman@scheperkim.com<br>Gregory A. Ellis, SBN #204478<br>Email:  gellis@scheperkim.com<br>Margaret E. Dayton, SBN #274353<br>Email:  pdayton@scheperkim.com<br>601 West 5th Street, 12th Floor<br>Los Angeles, California 90071<br>Telephone:  (213) 613-4682<br>Facsimile:  (213) 613-4656<br><br>*Attorneys for Defendants Narconon Int'l, Narconon Fresh Start d/b/a WarnerSprings and Association for Better Living and Education* |

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 2
CASE NO. 3:15-CV-01381-EMC

| | |
|---|---|
| Michael F. Ram, SBN #104805<br>Email: mram@rocklawcal.com<br>Susan S. Brown, SBN #287986<br>Email: sbrown@rocklawcal.com<br>RAM, OLSON, CEREGHINO<br>  & KOPCZYNSKI<br>101 Montgomery Street, Suite 1800<br>San Francisco, California  94104<br>Telephone:  (415) 433-4949<br>Facsimile:  (415) 433-7311<br><br>David E. Miller, SBN #294095<br>Email:  david@sllawfirm.com<br>Syed Ali Saeed, *Admitted Pro Hac Vice*<br>Email:  ali@sllawfirm.com<br>SAEED & LITTLE LLP<br>1433 North Meridian Street, Suite 202<br>Indianapolis, Indiana  46202<br>Telephone:  (317) 721-9214<br>Facsimile:  (888) 422-3151<br><br>*Attorneys for Plaintiffs* | McNAMARA, NEY, BEATTY, SLATTERY,<br>  BORGES AND ARNBACHER<br><br>By:  /s/ Thomas G. Beatty, SBN #75794<br>    Thomas G. Beatty, SBN #75794<br>    Email: thomas.beatty@mcnamaralaw.com<br>1211 Newell Avenue<br>Walnut Creek, California  94596<br>Telephone:  (925) 939-5330<br>Facsimile:  (925) 939-0203<br><br>Dennis P. Howell, SBN #78806<br>Email:  dphowell@grunskylaw.com<br>Rosemary Rovick<br>Email: rrovick@grunskylaw.com<br>GRUNSKY, EBEY, FARRAR<br>  & HOWELL<br>240 Westgate Drive<br>Watsonville, California 95076<br>Telephone:  (831) 722-2444<br>Facsimile:  (831) 722-6153<br><br>*Attorneys for Defendants Halcyon Horizons, Inc. dba Narconon of Northern California and dba Narconon Redwood Cliffs* |

## II.  PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this ___11th___ day of ___December_____, 20___15__.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 3
CASE NO. 3:15-CV-01381-EMC

**LOCAL RULE 5-1(I)(3) STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 10th day of December, 2015.

>                    TERRELL MARSHALL LAW GROUP PLLC
>
>
>                    By:   /s/ Beth E. Terrell, SBN #178181
>                        Beth E. Terrell, SBN #178181
>                        Email:  bterrell@terrellmarshall.com
>                        936 North 34th Street, Suite 300
>                        Seattle, Washington  98103-8869
>                        Telephone:  (206) 816-6603
>                        Facsimile:  (206) 319-5450
>
>                    *Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY
AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 4
CASE NO. 3:15-CV-01381-EMC

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on December 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David C. Scheper, SBN #120174
>Email:  dscheper@scheperkim.com
>William H. Forman, SBN #150477
>Email:  wforman@scheperkim.com
>Gregory A. Ellis, SBN #204478
>Email:  gellis@scheperkim.com
>Margaret E. Dayton, SBN #274353
>Email:  pdayton@scheperkim.com
>SCHEPER KIM & HARRIS LLP
>601 West 5th Street, 12th Floor
>Los Angeles, California 90071
>Telephone:  (213) 613-4682
>Facsimile:  (213) 613-4656
>
>*Attorneys for Defendants Narconon Int'l, Narconon Fresh Start d/b/a WarnerSprings and Association for Better Living and Education*
>
>Dennis P. Howell, SBN #78806
>Email:  dphowell@grunskylaw.com
>Rosemary Rovick
>Email:  rrovick@grunskylaw.com
>GRUNSKY, EBEY, FARRAR & HOWELL
>240 Westgate Drive
>Watsonville, California 95076
>Telephone: (831) 722-2444
>Facsimile:  (831) 722-6153
>
>Thomas G. Beatty, SBN #75794
>Email:  thomas.beatty@mcnamaralaw.com
>McNAMARA, NEY, BEATTY, SLATTERY, BORGES AND ARNBACHER
>1211 Newell Avenue
>Walnut Creek, California  94596
>Telephone:  (925) 939-5330
>Facsimile:  (925) 939-0203
>
>*Attorneys for Defendants Halcyon Horizons, Inc. dba Narconon of Northern California and dba Narconon Redwood Cliffs*

STIPULATION AND [PROPOSED] ORDER REGARDING THE AUTHENTICITY AND ADMISSIBILITY OF CERTAIN DOCUMENTS - 5
CASE NO. 3:15-CV-01381-EMC

DATED this 10th day of December, 2015.

                                TERRELL MARSHALL LAW GROUP PLLC

                                By:   /s/ Beth E. Terrell, SBN #178181
                                        Beth E. Terrell, SBN #178181
                                        Email:  bterrell@terrellmarshall.com
                                        936 North 34th Street, Suite 300
                                        Seattle, Washington  98103-8869
                                        Telephone:  (206) 816-6603
                                        Facsimile:  (206) 319-5450

                              *Attorneys for Plaintiffs*