**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
WILLIAM H. FORMAN (State Bar No. 150477)
wforman@scheperkim.com
GREGORY A. ELLIS (State Bar No. 204478)
gellis@scheperkim.com
MARGARET E. DAYTON (State Bar No. 274353)
pdayton@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone:    (213) 613-4655
Facsimile:     (213) 613-4656

*Attorneys for Narconon Fresh Start, Association for Better Living and Education International, Narconon Western United States, and Narconon International*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN BURGOON and CALEB LANDERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NARCONON OF NORTHERN CALIFORNIA d/b/a NARCONON REDWOOD CLIFFS, HALCYON HORIZONS, a California Corporation; NARCONON FRESH START d/b/a WARNER SPRINGS, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL, a California Corporation; NARCONON WESTERN UNITED STATES, a California Corporation; NARCONON INTERNATIONAL, a California Corporation; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-01381 EMC<br><br>**DEFENDANTS' REQUEST AND [PR~~OPO~~SED] ORDER REGARDING COURTROOM EQUIPMENT FOR JANUARY 4, 2016 TRIAL**<br><br>Date:    January 4, 2016<br>Time:   9:30 a.m.<br>Judge:  Hon. Edward M. Chen |

---

*Burgoon v. Narconon, et al.*                                                     Case No.: 3:15-cv-01381EMC
DEFENDANTS' REQUEST AND [PROPOSED] ORDER RE: COURTROOM EQUIPMENT

Defendants Narconon of Northern California d/b/a Narconon Redwood Cliffs, Halcyon Horizons, Narconon Fresh Start d/b/a Warner Springs, Narconon International, Narconon Western United States, and the Association for Better Living and Education International (collectively, "Defendants") respectfully request permission to bring the following equipment into the courthouse, and to possess and use that equipment for the presentation of evidence during the Trial, scheduled for January 4, 2016, at 9:30 a.m.

The specific devices are as follows:

1. Up to eight laptop computers;
2. 1 19" LCD Monitor; and
3. Cables, peripherals, and power cords for the foregoing equipment.

DATED: December 10, 2015

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
WILLIAM H. FORMAN
GREGORY A. ELLIS

By: /s/ Gregory A. Ellis
Gregory A. Ellis
*Attorneys for Attorneys for Narconon Fresh Start, Association for Better Living and Education International, Narconon Western United States, and Narconon International*

**ORDER**

For good cause shown, the foregoing requests are GRANTED.

IT IS SO ORDERED.

DATED: December 11, 2015

_____
THE HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

1

*Burgoon v. Narconon, et al.*                                   Case No.: 3:15-cv-01381EMC
DEFENDANTS' REQUEST AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT

CERTIFICATE OF SERVICE

I, Pamela Tanigawa, hereby certify that on December 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Beth E. Terrell, SBN #178181 | Dennis P. Howell, SBN #78806 |
| Email: bterrell@terrellmarshall.com | Email: dphowell@grunskylaw.com |
| Mary B. Reiten, SBN #203142 | Rosemary Rovick |
| Email: mreiten@terrellmarshall.com | Email: rrovick@grunskylaw.com |
| Adrienne D. McEntee, SBN #34061 | GRUNSKY, EBEY, FARRAR & HOWELL |
| Email: amcentee@terrellmarshall.com | 240 Westgate Drive |
| 936 North 34th Street, Suite 300 | Watsonville, California 95076 |
| Seattle, Washington 98103-8869 | Telephone: (831) 722-2444 |
| Telephone: (206) 816-6603 | Facsimile: (831) 722-6153 |
| Facsimile:(206) 350-3528 | Email: dphowell@grunskylaw.com |
| | |
| Michael F. Ram, SBN #104805 | |
| Email: mram@rocklawcal.com | Thomas G. Beatty, Esq. |
| Susan S. Brown, SBN #287986 | McNamara, Ney Beatty, Slattey, Borges |
| Email: sbrown@rocklawcal.com | and Ambacher |
| RAM, OLSON, CEREGHINO & KOPCZYNSKI | 1211 Newell Ave |
| 101 Montgomery Street, Suite 1800 | Walnut Creek, CA 94596 |
| San Francisco, California 94104 | Tel: (925) 939-5330 |
| Telephone: (415) 433-4949 | Fax:(925) 939-0203 |
| Facsimile: (415) 433-7311 | Email: Thomas.Beatty@mcnamaralaw.com |
| | |
| David E. Miller, SBN #294095 | |
| Email: david@sllawfirm.com | ***Attorneys for Defendants Halcyon Horizons, Inc.*** |
| Syed Ali Saeed, Admitted *Pro Hae Vice* | ***dba Narconon of Northern California and dba*** |
| Email: ali@sllawfirm.com | ***Narconon Redwood Cliffs*** |
| SAEED & LITTLE LLP | |
| 1433 North Meridian Street, Suite 202 | |
| Indianapolis, Indiana 46202 | |
| Telephone: (317) 721-9214 | |
| Facsimile: (888) 422-3151 | |

***Attorneys for Plaintiffs***


On December 10, 2015, I served a true copy of the foregoing document **BY MAIL**. I enclosed the document in a sealed envelope or package addressed to the following addressee::

> Rosemary Coron Llew Rovick
> Grunsky Ebey Farrar & Howell
> 240 Westgate Drive
> Watsonville, CA 95076

and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Scheper Kim & Harris's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

2
Burgoon v. Narconon, et al.                                           Case No. 3-15-cv-01381EMC
DEFENDANTS' REQUEST AND [PROPOSED] ORDER RE: COURTROOM EQUIPMENT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 10, 2015.

*[signature]*

Pamela Tanigawa
SCHEPER KIM & HARRIS LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071

3